PD-0514-16

PD-0514-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/11/2016 2:48:30 PM
Accepted 5/12/2016 3:33:40 PM
ABEL ACOSTA
CLERK

NO. _____

IN THE TEXAS COURT OF CRIMINAL APPEALS

_____

## RIGOBERTO HERNANDEZ
*Appellant*

**v.**

## THE STATE OF TEXAS
*Appellee*

_____

FROM THE FIFTH COURT OF APPEALS
CAUSE NO. 05-15-00198-CR

ON APPEAL FROM THE 203RD JUDICIAL DISTRICT COURT OF
DALLAS COUNTY, TEXAS
TRIAL COURT NO. F13-59234-P
THE HONORABLE TERESA HAWTHORNE PRESIDING

### APPELLANT'S MOTION FOR EXTENSION
### OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

BRUCE ANTON
State Bar No. 01274700
ba@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100 (office)
(214) 468-8104 (fax)

FILED IN
COURT OF CRIMINAL APPEALS

May 12, 2016

ABEL ACOSTA, CLERK

Attorney for Appellant

1

COMES NOW, RIGOBERTO VAZQUEZ HERNANDEZ, Appellant herein, and moves this court to issue an extension of time to file his petition for discretionary review, and in support thereof would show the court as follows:

I.

Appellant was convicted of capital murder.

II.

The number and style of the case in the District Court is No. F13-59234-P, *State of Texas v. Rigoberto Vazquez Hernandez.*

III.

The opinion of the Fifth Court of Appeals in cause number 05-15-00198-CR, affirming the conviction, was rendered on April 12, 2016.

IV.

The present deadline for filing the petition for discretionary review in this matter is May 12, 2016.

V.

No extensions of time to file the brief were previously requested.

VI.

The reason for this request is that during the last few weeks counsel has been working on the following:

1.   Reply to State's Supplemental Response to Boswell's Application for Writ of Habeas Corpus in *Ex Parte David*

APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR
DISCRETIONARY REVIEW - PAGE 2

*Wayne Boswell,* case no. CCCR-11-03370-A and CCCR-1103371-A in the 220th Judicial District Court of Comanche County, Texas.

2.  Appellant's Brief on Direct Appeal in *Felix Sam Roberts v. State of Texas*, case nos. 05-15-00936-CR and 05-15-00937-CR in the Fifth Court of Appeals of Texas.

3.  Appellant's Brief on Direct Appeal in *Lonnie Somerville v. The State of Texas*, case no. 05-16-00056-CR in the Fifth Court of Appeals of Texas.

4.  Petition for Recommendation for Commutation of Death Sentence or, in the Alternative, a 180-day Reprieve regarding Charles Don Flores before the Texas Board of Pardons and Paroles.

V.

For the reasons set out above, counsel for Rigoberto Vazquez Hernandez will, in reasonable likelihood, be unable to submit the petition requested by this court by May 12, 2016. Counsel is asking for an extension of time of 30 days, or until approximately June 11, 2016.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his petition for discretionary review until June 11, 2016.

RESPECTFULLY SUBMITTED,

　/s/ Bruce Anton　　　　
BRUCE ANTON
Texas State Bar No. 01274700

SORRELS, UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 (fax)
ba@sualaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time was electronically served to the Dallas County District Attorney's Office and to the State Prosecuting Attorney on this 11th day of May, 2016.

/s/ Bruce Anton
BRUCE ANTON